Ross Cornell, Esq., APC (SBN 210413)
65 Pine Avenue, Suite 369
Long Beach, CA 90802
Phone: (562) 612-1708
Facsimile: (562) 394-9556
Email: ross.law@me.com

JS-6

Attorneys of Record for Plaintiff,
    MICHELLE JOHNSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: SACV 12-01767 DOC (ANx)<br><br>**ORDER FOR DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

    In consideration of the stipulation for unconditional dismissal of the entire action submitted by the Parties, the Court hereby ORDERS that this matter be DISMISSED WITH PREJUDICE in its entirety as to all parties and all causes of action, with each Party to bear his, her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 9, 2013

*/s/ David O. Carter*

Honorable District Judge David O. Carter

- 1 -

ORDER FOR DISMISSAL